IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIUS ANANE | : | CIVIL ACTION |
| v. | : | |
| | : | No. 21-3814 |
| THE DEVERAUX FOUNDATION ET AL. | | |

# CIVIL JUDGMENT

AND NOW, this 20th day of July 2022, in accordance with the verdict, in which the jury found in favor of the plaintiff, it is hereby **ORDERED** that judgment is entered in favor of Plaintiff Julius Anane and against Defendant(s) Deveraux.

The total amount awarded to plaintiff is $181,000.00.

The Clerk of Court shall mark this case as **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Cc:   Counsel