# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | CIVIL ACTION |
| **JULIUS ANANE,** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No.   21-3814 |
| | : | |
| **THE DEVERAUX FOUNDATION,** | : | |
| **et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **17th** day of **August 2022**, upon consideration of Plaintiff's Motion to Alter or Amend the Judgment (ECF No. 57), and the Jury having found that Defendant acted willfully in violation of the law (ECF No. 55), it is hereby **ORDERED** that Plaintiff's Motion to Amend the Judgment (ECF No. 57) is **GRANTED**. The Judgment (ECF No. 56) is **AMENDED** to include an award of liquidated damages in the amount of $83,000.00. **The total amount awarded to Plaintiff is $264,000.00.**

BY THE COURT:


/s/ Chad F. Kenney____
**CHAD F. KENNEY, JUDGE**