# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **JULIUS ANANE,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No.   21-3814 |
| **THE DEVERAUX FOUNDATION,** et al., | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **17th** day of **August 2022**, upon consideration of Plaintiff's Motion for Attorneys' Fees (ECF No. 58), and there having been no response filed by Defendants, it is hereby **ORDERED** that Plaintiff's Motion for Attorneys' Fees (ECF No. 58) is **GRANTED** in the amount of $118,429.50.

                                                            **BY THE COURT:**

                                                           **/s/ Chad F. Kenney**
                                                           **CHAD F. KENNEY, JUDGE**