IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIUS ANANE,** | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 21-3814 |
| | : | |
| **THE DEVERAUX FOUNDATION** | : | |
| **d/b/a DEVERAUX ADVANCED** | : | |
| **BEHAVIORAL HEALTH, et al.,** | : | |
| Defendants | : | |

## JUDGMENT

**AND NOW**, this 14th day of November, 2022, judgment is hereby entered in favor of Plaintiff Julius Anane, and against Defendants The Deveraux Foundation, d/b/a Deveraux Advanced Behavioral Health and Deveraux Pennsylvania Children's Intellectual and Developmental Disability Services ("CIDDS"), in the amount of $6,137.96.

The amount requested in the Plaintiff's Bill of Costs (Docket No. 60) is reduced by $2,605.84. The items included as "other costs" for Postage & Delivery, PACER fees, and "Digital Service for Trial" listed on the attachments and invoices are not taxable pursuant to 28 U.S.C. § 1920, and the $170.00 in costs for "travel" do not appear to be taxable pursuant to 28 U.S.C. § 1920. Accordingly, those costs will not be taxed.

GEORGE WYLESOL
Clerk of Court

By:  */s/ Sharon A. Hall-Moore*
Deputy Clerk